```
1   NATHAN C. VOLHEIM
    nvolheim@sulaimanlaw.com
2   SULAIMAN LAW GROUP, LTD.
    2500 South Highland Avenue, Suite 200
3   Lombard, IL 60148
    Telephone: (630) 575-8181
4   Facsimile: (630) 575-8188
5   Attorney for Plaintiff

6
    CLIFTON YOUNG, ESQ.
7   cliffyounglaw@yahoo.com
    650 South Rock Blvd., Suite 21A
8   Reno, Nevada 89502
    Telephone: (775) 323-1898
9   Attorney for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVEDA

| | |
|---|---|
| JOYCE A. VAN DYKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUMMIT COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-00118-MMD-WGC<br><br>**AGREED STIPULATION OF DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOYCE A. VAN DYKE, and the Defendant, SUMMIT COLLECTION SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against SUMMIT COLLECTION SERVICES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

1

Respectfully submitted this 16th day of March 2021.

JOYCE A. VAN DYKE

/s/ Nathan C. Volheim
Nathan C. Volheim #6302103
Admitted Pro Hac Vice
Sulaiman Law Group, Ltd
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
Counsel for Plaintiff

SUMMIT COLLECTION SERVICES, INC.

/s/ Clifton Young
Clifton Young
650 S. Rock Blvd., Ste. 21A
Reno, Nevada 89509
Phone: (775) 323-1898
cliffyounglaw@yahoo.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim

NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

CLIFTON YOUNG, ESQ.
cliffyounglaw@yahoo.com
650 South Rock Blvd., Suite 21A
Reno, Nevada 89502
Telephone: (775) 323-1898
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE A. VAN DYKE, | Case No. 3:20-cv-00118-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| SUMMIT COLLECTION SERVICES, INC., | |
| Defendant. | |

**ORDER ON DISMISSAL WITH PREJUDICE**

Plaintiff, JOYCE A. VAN DYKE ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

//

//

//

1

1  IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed,

2  with prejudice.

7  Dated: ___March 18, 2021_____

_____
Judge, U.S. District Court

2